# EXHIBIT 2

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| **10Pre.**    An    apparatus comprising:<br><br>**10a.**    a    transmitter configured    to    attempt access   to   a   wireless network by sending on a random access channel at a   first   transmit  power  a first preamble comprising a    signature    sequence randomly selected from a set of signature sequences; | The accused products comprise a transmitter configured to attempt access to a wireless network by sending on a random access channel at a first transmit power a first preamble comprising a signature sequence randomly selected from a set of signature sequences.<br><br>ZTE is a smartphone company that offers different variants of phones in USA that support 4G mobile network connectivity.<br><br>By way of an example, ZTE Axon 30 Ultra comprises of 4G and 5G supported Qualcomm Snapdragon 888 processor along with the Qualcomm Snapdragon X60 5G Modem-RF system for transmission of signals, as shown in Fig. 1 to Fig. 4 |

| US8149776B2 | **ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products")** |
| --- | --- |
| | **Citation 1: ZTE Axon 30 Ultra** <br><br>  <br><br> Fig. 1 <br><br> Source: https://ztedevices.com/en-us/axon-30-ultra/, Page 12, Last Accessed February 4, 2022, Exhibit K |

**Citation 2: ZTE Axon 30 Ultra supports LTE**

5G: n1/n3/n28/n41/n78;

FDD: B1/2/3/4/5/7/8/12/17/18/19/20/26/28;

TDD: B34/38/39/40/41;

UMTS: B1/2/4/5/8;

GSM: B2/3/5/8;

4×4MIMO

LTE: B41/1/3

Fig. 2

Source: https://ztedevices.com/en-us/axon-30-ultra-specs/, Page 1, Last Accessed February 4, 2022, Exhibit A

**Citation 3: ZTE Axon 30 Ultra uses Qualcomm Snapdragon 888 Processor**

Core Chip Platform                                    Qualcomm® Snapdragon™ 888 mobile platform

Fig. 3

Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A

| |
|---|
| **Citation 4: Qualcomm Snapdragon 888 supports 4G connectivity**<br><br>Cellular Modem-RF<br><br>Modem Name: Qualcomm® Snapdragon™ X60 5G Modem-RF System<br><br>Peak Download Speed: Up to 7.5 Gbps (5G), 7.5 Gbps<br><br>Peak Upload Speed: 3 Gbps<br><br>Cellular Modem-RF Specs: 8 carriers (mmWave), 800 MHz bandwidth (mmWave), 200 MHz bandwidth (sub-6 GHz)<br><br>Performance Enhancement Technologies: Qualcomm® Smart Transmit™ technology, Qualcomm® Wideband Envelope Tracking, Qualcomm® AI-Enhanced Signal Boost adaptive antenna tuning, Qualcomm® 5G PowerSave<br><br>Cellular Technology: 5G NR, Dynamic Spectrum Sharing (DSS), mmWave, sub-6 GHz, HSPA, WCDMA, LTE including CBRS support, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE<br><br>Multi SIM: Global 5G Multi-SIM<br><br>Fig. 4<br><br>Source: https://www.qualcomm.com/products/snapdragon-888-5g-mobile-platform, Page 3, Last Accessed November 15, 2021, Exhibit B<br><br>For example, Qualcomm Snapdragon 888 processor along with X60 RF modem functions on the 3GPP release 16 specifications. In specific, the 3GPP 36.321 is a 4G-based standard that specifies Medium Access Control Protocols and procedures for 4G.<br><br>The accused products transmit random access preambles comprising a Zadoff-Chu sequence or CAZAC sequence (i.e., signature sequence) randomly selected from one or several root Zadoff-Chu sequences (i.e., a set of signature sequence).<br><br>In LTE, each cell supports 64 different preamble sequences with a specific signature pattern (e.g., made using Zadoff-Chu sequences with zero correlation). The network informs the UE about the available preamble sequences (i.e., set of |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
| --- | --- |
| | signature sequences) for a particular cell for accessing the network. The UE (i.e., accused product) randomly selects a preamble (i.e., from a set of signature sequences) for access (e.g., an initial access). The randomly selected preamble sequence is packed in a random access preamble format (i.e., a first preamble comprising a signature sequence) and transmitted on Physical Random Access Channel (PRACH). See Fig. 5 to Fig. **10**. <br><br> **Citation 5: Generation of Preambles** <br><br> 5.7.2    Preamble sequence generation <br><br> The random access preambles are generated from Zadoff-Chu sequences with zero correlation zone, generated from one or several root Zadoff-Chu sequences. The network configures the set of preamble sequences the UE is allowed to use. <br><br> There are up to two sets of 64 preambles available in a cell where Set 1 corresponds to higher layer PRACH configuration using *prach-ConfigurationIndex and prach-FrequencyOffset* and Set 2, if configured, corresponds to higher layer PRACH configuration using *prach-ConfigurationIndexHighSpeed and prach-FrequencyOffsetHighSpeed*. The set of 64 preamble sequences in a cell is found by including first, in the order of increasing cyclic shift, all the available cyclic shifts of a root Zadoff-Chu sequence with the logical index *rootSequenceIndexHighSpeed* (for Set 2, if configured) or with the logical index RACH_ROOT_SEQUENCE (for Set 1), where both *rootSequenceIndexHighSpeed* (if configured) and RACH_ROOT_SEQUENCE are broadcast as part of the System Information. Additional preamble sequences, in case 64 preambles cannot be generated from a single root Zadoff-Chu sequence, are obtained from the root sequences with the consecutive logical indexes until all the 64 sequences are found. <br> The logical root sequence order is cyclic: the logical index 0 is consecutive to 837. The relation between a logical root sequence index and physical root sequence index $u$ is given by Tables 5.7.2-4 and 5.7.2-5 for preamble formats $0-3$ and 4, respectively. <br><br> Fig. 5 <br><br> Source: https://www.etsi.org/deliver/etsi_ts/136200_136299/136211/16.07.00_60/ts_136211v160700p.pdf, Page 93, Last Accessed November 15, 2021, Exhibit C |

| | |
|---|---|
| | **Citation 6: UE Randomly Selecting an Available Preamble Sequence**

When a UE transmit a PRACH Preamble, it transmits with a specific pattern and this specific pattern is called a "Signature". In each LTE cell, total 64 preamble signatures are available and UE select randomly one of these signatures.

Fig. 6

Source: https://www.sharetechnote.com/html/RACH_LTE.html#Two_types_of_RACH_process, Page 2, Last

Accessed February 2, 2022 Exhibit I

**Citation 7: Random Access Preamble Sequence Selection at Initial Access**

At initial access, the four steps are:

1) Random Access Preamble on RACH;

2) Random Access Response generated by the MAC sublayer and transmitted on DL-SCH;

Fig. 7

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136300/08.02.00_60/ts_136300v080200p.pdf, Page

47, Last Accessed February 2, 2022, Exhibit J |

**Citation 8: A First Transmitted Preamble Comprising a Signature Sequence**

## 5.7       Physical random access channel

### 5.7.1     Time and frequency structure

The physical layer random access preamble, illustrated in Figure 5.7.1-1, consists of a cyclic prefix of length $T_{CP}$ and a sequence part of length $T_{SEQ}$. The parameter values are listed in Table 5.7.1-1 and depend on the frame structure and the random access configuration. Higher layers control the preamble format.



**Figure 5.7.1-1: Random access preamble format.**

Fig. 8

Source:  https://www.etsi.org/deliver/etsi_ts/136200_136299/136211/08.06.00_60/ts_136211v080600p.pdf, Page

85, Last Accessed November 15, 2021, Exhibit C


**Citation 9: Groups of Random Access Preambles**

The preambles that are contained in Random Access Preambles group A and Random Access Preambles group B are calculated from the parameters *numberOfRA-Preambles* and *sizeOfRA-PreamblesGroupA*:

Fig. 9

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf , Page 20,

Last Accessed February 2, 2022, Exhibit D

**Citation 10: Random Selection of Random Access Preamble**

-   select the Random Access Preamble group according to the PRACH resource and the support for multi-
    tone Msg3 transmission. A UE supporting multi-tone Msg3 shall only select the single-tone Msg3
    Random Access Preambles group if there is no multi-tone Msg3 Random Access Preambles group.

-   randomly select a Random Access Preamble within the selected group.

Fig. 10

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
|  | Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 20, Last Accessed February 2, 2022, Exhibit D<br><br>The target power value is received from the base station to the UE or mobile device. The initial preamble power is *preambleInitialReceivedTargetPower*. Based on the preamble_received_target_power, the UE calculates the transmit power followed by transmitting the random access preambles comprising a Zadoff-Chu sequence (i.e., signature sequence). See Fig. 11.<br><br>**Citation 11: Transmission of Preambles**<br><br>**5.1.3    Random Access Preamble transmission**<br><br>The random-access procedure shall be performed as follows:<br><br>-   set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER – 1) * *powerRampingStep*;<br><br>-   if the UE is a BL UE or a UE in enhanced coverage:<br><br>-   the PREAMBLE_RECEIVED_TARGET_POWER is set to:<br>PREAMBLE_RECEIVED_TARGET_POWER - 10 * log10(*numRepetitionPerPreambleAttempt*);<br><br>Fig. 11<br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 25, Last Accessed November 15, 2021, Exhibit D |
| **10b**.    a    processor configured  to  determine | The accused products comprise a processor configured to determine that the access attempt from the first preamble was unsuccessful, and responsive to such determining to cause the transmitter to re-attempt access to the wireless |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| that the access attempt from the first preamble was unsuccessful, and responsive to such determining to cause the transmitter to re-attempt access to the wireless network by causing the transmitter to send on the random access channel at a second transmit power a second preamble comprising a signature sequence, in which the second transmit power is no greater than the first transmit power. | network by causing the transmitter to send on the random-access channel at a second transmit power a second preamble comprising a signature sequence, in which the second transmit power is no greater than the first transmit power.<br><br>A UE according to the *3GPP TS 36.321* standard, after transmitting the preamble waits for the random-access response. If this random-access response is not received within a particular time called RACH Response (RAR) Window, the procedure is considered unsuccessful. See Fig. 12<br><br>**Citation 12: Reception of Random-Access Response**<br><br><br>Fig. 12 |

| US8149776B2 | **ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products")** |
| --- | --- |
| | Source: https://www.sharetechnote.com/html/Handbook_LTE_BL_CE_RACH.html, Page 4, Last Accessed November 15, 2021, Exhibit E<br><br>On unsuccessful transmission, the UE attempts to retransmit the preamble (i.e., the second preamble comprising a signature sequence) on RACH (i.e., random access channel) with power (i.e., second transmit power). See Fig. 13 |

**Citation 13: Transmission Unsuccessful- Preamble Counter**

If no Random Access Response or, for NB-IoT UEs, BL UEs or UEs in enhanced coverage for mode B operation, no PDCCH scheduling Random Access Response is received within the RA Response window, or if none of all received Random Access Responses contains a Random Access Preamble identifier corresponding to the transmitted Random Access Preamble, the Random Access Response reception is considered not successful and the MAC entity shall:

- if the notification of power ramping suspension has not been received from lower layers:
    - increment PREAMBLE_TRANSMISSION_COUNTER by 1;
- if the UE is an NB-IoT UE, a BL UE or a UE in enhanced coverage:
    - if PREAMBLE_TRANSMISSION_COUNTER = *preambleTransMax-CE* + 1:
        - if the Random Access Preamble is transmitted on the SpCell:
            - indicate a Random Access problem to upper layers;
        - if NB-IoT:
            - consider the Random Access procedure unsuccessfully completed;
- else:
    - if PREAMBLE_TRANSMISSION_COUNTER = *preambleTransMax* + 1:
        - if the Random Access Preamble is transmitted on the SpCell:
            - indicate a Random Access problem to upper layers;
        - if the Random Access Preamble is transmitted on an SCell:
            - consider the Random Access procedure unsuccessfully completed.

Fig. 13

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 29,

Last Accessed November 15, 2021, Exhibit D

For example, if the first attempt was unsuccessful, "Msg3" will be retransmitted. For the retransmission, the same group of preambles is selected first, and then a random-access preamble within the selected group is selected. See Fig. 14.

**Citation 14: Retransmission of Msg3**

- else, if Msg3 is being retransmitted, the MAC entity shall:

  - select the same group of Random Access Preambles as was used for the preamble transmission attempt corresponding to the first transmission of Msg3.

- randomly select a Random Access Preamble within the selected group. The random function shall be such that each of the allowed selections can be chosen with equal probability;

Fig. 14

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 29,

Last Accessed February 2, 2022, Exhibit D

On unsuccessful transmission, the UE attempts to retransmit the preamble on RACH with power that is different/same as the first transmit power depending upon the powerrampingstep value. The value of powerrampingstep can be 0, 2, 4, or 6 dB. When the value of powerrampingstep is 0db (i.e., one of the cases), the first transmit power and second transmit power remains the same (i.e., second transmit power is no greater than the first power). See Fig. 15 and Fig. 16.

**Citation 15: Ramping step**

Ramping step is broadcast within SIB2 or sent to the UE within an RRC Connection Reconfiguration message. It determines the rate at which the preamble transmit power is increased after receiving no response. The step size can be configured with a value of 0,2,4 or 6 dB.

Fig. 15

Source: http://kiranteja91.blogspot.com/2015/01/lte-rach-procedure.html, Page 3, Last Accessed November 15, 2021,

Exhibit F

**Citation 16: Power Ramping Step**

–      *RACH-ConfigCommon*

The IE *RACH-ConfigCommon* is used to specify the generic random access parameters.

*powerRampingStep*
Power ramping factor in TS 36.321 [6]. Value in dB. Value dB0 corresponds to 0 dB, dB2 corresponds to 2 dB and so on.
*preambleInitialReceivedTargetPower*
Initial preamble power in TS 36.321 [6]. Value in dBm. Value dBm-120 corresponds to -120 dBm, dBm-118 corresponds to -118 dBm and so on.

Fig. 16

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136331/16.06.00_60/ts_136331v160600p.pdf, Page 600

and 602, Last Accessed November 15, 2021, Exhibit G

Once the power ramping step is completed the second preamble is transmitted over the wireless network at the second transmit power. See Fig. 17

**Citation 17: Retransmission of Preambles**

5.1.3      Random Access Preamble transmission

The random-access procedure shall be performed as follows:

-   set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER – 1) * *powerRampingStep*;

-   if the UE is a BL UE or a UE in enhanced coverage:

  -   the PREAMBLE_RECEIVED_TARGET_POWER is set to: PREAMBLE_RECEIVED_TARGET_POWER - 10 * log10(*numRepetitionPerPreambleAttempt*);

Fig. 17

13

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
|  | Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 25, Last Accessed November 15, 2021, Exhibit D |
| **11Pre.**   The   apparatus according   to claim   10, wherein  the  processor  is configured   to   randomly select   from   the   set   of signature   sequences   the signature sequence of the first        preamble       and separately   to   randomly select  from  the  set  of signature  sequences  the signature sequence of the second preamble; | The accused products comprise a processor which is configured to randomly select from the set of signature sequences the signature sequence of the first preamble and separately to randomly select from the set of signature sequences the signature sequence of the second preamble. <br><br> By way of example, ZTE Axon 30 Ultra comprises of 4G and 5G supported Qualcomm Snapdragon 888 processor along with the Qualcomm Snapdragon X60 Modem-RF system for transmission of signals, as shown in Fig. 18 to Fig. 20 <br><br> **Citation 18: ZTE Axon 30 Ultra Specifications** <br><br> 5G: n1/n3/n28/n41/n78; <br> FDD: B1/2/3/4/5/7/8/12/17/18/19/20/26/28; <br> TDD: B34/38/39/40/41; <br> UMTS: B1/2/4/5/8; <br> GSM: B2/3/5/8; <br> 4×4MIMO <br> LTE: B41/1/3 <br><br> Fig. 18 <br> Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A |

14

**Citation 19: ZTE Axon 30 Ultra Processor**

**Core Chip Platform**                                    Qualcomm® Snapdragon™ 888 mobile platform

Fig. 19

Source: https://ztedevices.com/en-us/axon-30-ultra-specs/  , Page 1, Last Accessed February 4, 2022, Exhibit A

**Citation 20: Qualcomm Snapdragon 888 supports 4G connectivity**

**Cellular Modem-RF**          **Modem Name:** Qualcomm® Snapdragon™ X60 5G Modem-RF System

**Peak Download Speed:** Up to 7.5 Gbps (5G), 7.5 Gbps

**Peak Upload Speed:** 3 Gbps

**Cellular Modem-RF Specs:** 8 carriers (mmWave), 800 MHz bandwidth (mmWave), 200 MHz bandwidth (sub-6 GHz)

**Performance Enhancement Technologies:** Qualcomm® Smart Transmit™ technology, Qualcomm® Wideband Envelope Tracking, Qualcomm® AI-Enhanced Signal Boost adaptive antenna tuning, Qualcomm® 5G PowerSave

**Cellular Technology:** 5G NR, Dynamic Spectrum Sharing (DSS), mmWave, sub-6 GHz, HSPA, WCDMA, LTE including CBRS support, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

**Multi SIM:** Global 5G Multi-SIM

Fig. 20

Source: https://www.qualcomm.com/products/snapdragon-888-5g-mobile-platform

, Page 3, Last Accessed November 15, 2021, Exhibit B

For example, Qualcomm Snapdragon 888 processor along with X60 RF modem functions on the 3GPP release 16 specifications. In specific, the 3GPP 36.321 is a 4G-based standard that specifies Medium Access Control Protocols and procedures for 4G.

| US8149776B2 | **ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products")** |
|---|---|
| | Zadoff-Chu Sequence is sequence of special numbers, which are used in different kind of technologies like Walsh code in CDMA, OVSF code in WCDMA, etc. Zadoff Chu Sequence has special properties including constant amplitude and zero autocorrelation. See Fig. 21 |

**Citation 21: Zadoff-Chu Sequence**

**Zadoff - Chu Sequence**

As the name implies, this is not a single number. It is a sequence of special numbers. You can find quite a lot of materials on this sequence from internet (try with Wikipedia).

Let's first think about how this sequence is generated. Various kinds of number sequences are used in many different kind of technologies (e.g, Walsh code in CDMA, OVSF code in WCDMA) and usually these numbers are created by a special rules or formula. Same to Zadoff-Chu sequence. The basic form of Zadoff chu sequence can be created by the formula as shown in the following spreadsheet (click on the picture to see in magnified view. Please click here if you want to have this spreadsheet).

Followings are the special properties of the sequence :

i) This sequence has a constant amplitude. If you look into the formula, it is in the form of $e^{\wedge}(-j\ theta)$. You may learned about this in high school math. If you convert this into Euler form, you will get $e^{\wedge}(-j\ theta) = cos(theta) - j\ sin(theta)$. First, you will see this is a complex number which is made up of real and imaginary part. If you plot the numbers onto a complex plan (Real part - horizontal axis and Imaginary part on vertical axis), all the numbers will lie on the perimeter of a circle. This means the amplitude of these number is constant. See the plot above. (Column B, C is one example of Zadoff Sequence. B is the real part and C is imaginary part. The plot is the scatter plot of column B, C)

ii) Zero Autocorrelation. If you create a sequence using this formula and create another sequence just by shifting the same sequence by N (N can be 1,2,....,size of sequence -1). And if you take the correlation of the two sequence, the result become 0. Taking the spreadsheet shown above as an example, Column B,C is a sequence created by formula. and Column D,E is not the one created by formula.. it is just shifted version of Column B, C. Cell F70 and G70 shows the correlation of Column B,C and D,E which gives almost 0. It should be 0 theoretically, but the F70,G70 is not exactly 0 because of numerical errors.. but it is almost 0. If you have two sequence of number and the correlation of the two sequence is 0, we say "the two sequences are orthogonal to each other". It means that you can create many of orthogonal sequences just by shifting a Zadoff Chu sequence. How convenient it is to create orthogonal sequences.. and you know how important to create orthogonal sequences in many wireless communication.

Fig. 21

Source: http://www.sharetechnote.com/html/Handbook_LTE_Zadoff_Chu_Sequence.html, Page 1, Last Accessed on November 15, 2021, Exhibit H

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| | In LTE, each cell supports 64 different preamble sequences with a specific signature pattern (e.g., made using specific Zadoff-Chu sequences with zero correlation). The network informs the UE about the available preamble sequences (i.e., set of signature sequences) for a particular cell for accessing the network. The UE (i.e., accused product) randomly selects a preamble sequence (i.e., a signature sequence that is randomly selected) from the available preamble sequences (i.e., from a set of signature sequences) for access (e.g., an initial access). The randomly selected preamble sequence is packed in a random access preamble format (i.e., a first preamble comprising a signature sequence) and transmitted on Physical Random Access Channel (PRACH). See Fig. 22 to Fig. 26Fig. 25. |
| | By way of an example, the processor comprised with the accused products selects a Zadoff-Chu sequence or CAZAC sequence (i.e., signature sequence of the first preamble) randomly selected from one or several root Zadoff-Chu sequences (i.e., a set of signature sequence). Additional preamble sequences cannot be generated from the single root Zadoff-Chu sequence, but are obtained from the root sequences with the consecutive logical indexes. On the unsuccessful attempt of transmitting the first preamble, the processor again selects a Zadoff-Chu sequence or CAZAC sequence (i.e., signature sequence of the second preamble) from one or several root Zadoff-Chu sequences (i.e., a set of signature sequence). There is a possibility that the second signature sequence can be selected from the first set of signature sequence or any random set of signature sequence. |

**Citation 22: Generation of Preambles**

## 5.7.2    Preamble sequence generation

The random access preambles are generated from Zadoff-Chu sequences with zero correlation zone, generated from one or several root Zadoff-Chu sequences. The network configures the set of preamble sequences the UE is allowed to use.

There are up to two sets of 64 preambles available in a cell where Set 1 corresponds to higher layer PRACH configuration using *prach-ConfigurationIndex and prach-FrequencyOffset* and Set 2, if configured, corresponds to higher layer PRACH configuration using *prach-ConfigurationIndexHighSpeed and prach-FrequencyOffsetHighSpeed*. The set of 64 preamble sequences in a cell is found by including first, in the order of increasing cyclic shift, all the available cyclic shifts of a root Zadoff-Chu sequence with the logical index *rootSequenceIndexHighSpeed* (for Set 2, if configured) or with the logical index RACH_ROOT_SEQUENCE (for Set 1), where both *rootSequenceIndexHighSpeed* (if configured) and RACH_ROOT_SEQUENCE are broadcasted as part of the System Information. Additional preamble sequences, in case 64 preambles cannot be generated from a single root Zadoff-Chu sequence, are obtained from the root sequences with the consecutive logical indexes until all the 64 sequences are found.

The logical root sequence order is cyclic: the logical index 0 is consecutive to 837. The relation between a logical root sequence index and physical root sequence index $u$ is given by Tables 5.7.2-4 and 5.7.2-5 for preamble formats 0 – 3 and 4, respectively.

Fig. 22

Source: https://www.etsi.org/deliver/etsi_ts/136200_136299/136211/16.07.00_60/ts_136211v160700p.pdf, Page 93,

Last Accessed November 15, 2021, Exhibit C

**Citation 23: UE Randomly Selecting an Available Preamble Sequence**

When a UE transmit a PRACH Preamble, it transmits with a specific pattern and this specific pattern is called a "Signature". In each LTE cell, total 64 preamble signatures are available and UE select randomly one of these signatures.

Fig. 23

Source: https://www.sharetechnote.com/html/RACH_LTE.html#Two_types_of_RACH_process, Page 2, Last

Accessed February 2, 2022, Exhibit I

**Citation 24: Random Access Preamble Sequence Selection at Initial Access**

At initial access, the four steps are:

1) Random Access Preamble on RACH;

2) Random Access Response generated by the MAC sublayer and transmitted on DL-SCH;

Fig. 24

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136300/08.02.00_60/ts_136300v080200p.pdf, Page 47, Last Accessed February 2, 2022, Exhibit J

**Citation 25: A First Transmitted Preamble Comprising a Signature Sequence**

## 5.7 Physical random access channel

### 5.7.1 Time and frequency structure

The physical layer random access preamble, illustrated in Figure 5.7.1-1, consists of a cyclic prefix of length $T_{CP}$ and a sequence part of length $T_{SEQ}$. The parameter values are listed in Table 5.7.1-1 and depend on the frame structure and the random access configuration. Higher layers control the preamble format.



**Figure 5.7.1-1: Random access preamble format.**

Fig. 25

Source:  https://www.etsi.org/deliver/etsi_ts/136200_136299/136211/16.07.00_60/ts_136211v160700p.pdf, Page 85, Last Accessed November 15, 2021, Exhibit C

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| | **Citation 26: Retransmission of Msg3**<br><br>- else, if Msg3 is being retransmitted, the MAC entity shall:<br><br>    - select the same group of Random Access Preambles as was used for the preamble transmission attempt corresponding to the first transmission of Msg3.<br><br>    - randomly select a Random Access Preamble within the selected group. The random function shall be such that each of the allowed selections can be chosen with equal probability;<br><br>Fig. 26<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 29, Last Accessed February 2, 2022, Exhibit D |
| **11a.** and wherein the processor is configured to determine that the access attempt from the first preamble was unsuccessful by tuning a receiver of the apparatus to monitor an acquisition channel of the wireless network and determining | The accused products comprise a processor which is configured to determine that the access attempt from the first preamble was unsuccessful by tuning a receiver of the apparatus to monitor an acquisition channel of the wireless network and determining that no acquisition indicator that corresponds to the sent first preamble was received at the receiver on the acquisition channel.<br><br>By way of an example, ZTE Axon 30 Ultra comprises of 4G and 5G supported Qualcomm Snapdragon 888 processor along with the Qualcomm Snapdragon X60 Modem-RF system for transmission/reception of signals, as shown in Fig. 27 to Fig. 29 |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| that no acquisition indicator that corresponds to the sent first preamble was received at the receiver on the acquisition channel. | **Citation 27: ZTE Axon 30 Ultra Specifications**<br><br>5G: n1/n3/n28/n41/n78;<br><br>FDD: B1/2/3/4/5/7/8/12/17/18/19/20/26/28;<br><br>TDD: B34/38/39/40/41;<br><br>UMTS: B1/2/4/5/8;<br><br>GSM: B2/3/5/8;<br><br>4×4MIMO<br><br>LTE: B41/1/3<br><br>Fig. 27<br><br>Source: https://ztedevices.com/en-us/axon-30-ultra-specs/<br><br>, Page 1, Last Accessed February 4, 2022, Exhibit A<br><br>**Citation 28: ZTE Axon 30 Ultra Processor**<br><br>**Core Chip Platform**          Qualcomm® Snapdragon™ 888 mobile platform<br><br>Fig. 28<br><br>Source: https://ztedevices.com/en-us/axon-30-ultra-specs/<br><br>, Page 1, Last Accessed February 4, 2022, Exhibit A |

**Citation 29: Qualcomm Snapdragon 888 supports 4G connectivity**

Cellular Modem-RF

**Modem Name:** Qualcomm® Snapdragon™ X60 5G Modem-RF System

**Peak Download Speed:** Up to 7.5 Gbps (5G), 7.5 Gbps

**Peak Upload Speed:** 3 Gbps

**Cellular Modem-RF Specs:** 8 carriers (mmWave), 800 MHz bandwidth (mmWave), 200 MHz bandwidth (sub-6 GHz)

**Performance Enhancement Technologies:** Qualcomm® Smart Transmit™ technology, Qualcomm® Wideband Envelope Tracking, Qualcomm® AI-Enhanced Signal Boost adaptive antenna tuning, Qualcomm® 5G PowerSave

**Cellular Technology:** 5G NR, Dynamic Spectrum Sharing (DSS), mmWave, sub-6 GHz, HSPA, WCDMA, LTE including CBRS support, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

**Multi SIM:** Global 5G Multi-SIM

Fig. 29

Source: https://www.qualcomm.com/products/snapdragon-888-5g-mobile-platform, Page 3, Last Accessed

November 15, 2021, Exhibit B

For example, Qualcomm Snapdragon 888 processor along with X60 RF modem functions on the 3GPP release 16 specifications. In specific, the 3gpp 36.321 is a 4G-based standard that specifies Medium Access Control Protocols and procedures for 4G.

A UE, according to the *3GPP TS 36.321* standard, after transmitting the preamble, waits for the random-access response. If this random-access response is not received (i.e., no acquisition indicator that corresponds to the sent first preamble was received) within a particular time called RA Response Window, the procedure is considered unsuccessful. See Fig. 30 and Fig. 31.

By way of an example, the processor installed in the accused products monitors the flow of messages between UE (i.e., the accused product) and eNB (i.e., base station) via MPDCHH and PDSCH (i.e., acquisition channel). If within a

22

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
|  | particular time the response is not received by the receiver (i.e., tuning a receiver of the apparatus), the procedure is considered unsuccessful.<br><br>By way of example, the random access response can be the acquisition channel and the RNTI can be the acquisition indicator. |

**Citation 30: Reception of Random-Access Response**



Fig. 30

Source: https://www.sharetechnote.com/html/Handbook_LTE_BL_CE_RACH.html, Page 4, Last Accessed November 15, 2021, Exhibit E

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
|  | **Citation 31: Monitoring an acquisition channel**<br><br>As soon as UE transmit the Msg3(RRC Connection Request), UE start monitoring (trying to detect) the MPDCCH that is needed to receive Msg4 PDSCH (i.e, the PDSCH carrying Msg4).  For UE to properly decode this channel, it has to know of following params.<br><br>Fig. 31<br><br>Source: https://www.sharetechnote.com/html/Handbook_LTE_BL_CE_RACH.html, Page 7, Last Accessed November 15, 2021, Exhibit E |
| **12Pre.**   The   apparatus according to claim 11:<br><br>**12a.** wherein the receiver is  configured  to  receive from      higher      layers parameters  for  an  initial power for random access; and | The accused products comprise a processor wherein the receiver is configured to receive from higher layers parameters for an initial power for random access.<br><br>By way of an example, ZTE Axon 30 Ultra comprises of 4G and 5G supported Qualcomm Snapdragon 888 processor along with the Qualcomm Snapdragon X60 Modem-RF system for transmission/reception of signals, as shown in Fig. 32 to Fig. 34 |

**Citation 32: ZTE Axon 30 Ultra Specifications**

5G: n1/n3/n28/n41/n78;

FDD: B1/2/3/4/5/7/8/12/17/18/19/20/26/28;

TDD: B34/38/39/40/41;

UMTS: B1/2/4/5/8;

GSM: B2/3/5/8;

4×4MIMO

LTE: B41/1/3

Fig. 32

Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A

**Citation 33: ZTE Axon 30 Ultra Processor**

**Core Chip Platform**                                   Qualcomm® Snapdragon™ 888 mobile platform

Fig. 33

Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A

**Citation 34: Qualcomm Snapdragon 888 supports 4G connectivity**

Cellular Modem-RF

Modem Name: Qualcomm® Snapdragon™ X60 5G Modem-RF System

Peak Download Speed: Up to 7.5 Gbps (5G), 7.5 Gbps

Peak Upload Speed: 3 Gbps

Cellular Modem-RF Specs: 8 carriers (mmWave), 800 MHz bandwidth (mmWave), 200 MHz bandwidth (sub-6 GHz)

Performance Enhancement Technologies: Qualcomm® Smart Transmit™ technology, Qualcomm® Wideband Envelope Tracking, Qualcomm® AI-Enhanced Signal Boost adaptive antenna tuning, Qualcomm® 5G PowerSave

Cellular Technology: 5G NR, Dynamic Spectrum Sharing (DSS), mmWave, sub-6 GHz, HSPA, WCDMA, LTE including CBRS support, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

Multi SIM: Global 5G Multi-SIM

Fig. 34

Source: https://www.qualcomm.com/products/snapdragon-888-5g-mobile-platform, Page 3, Last Accessed November 15, 2021, Exhibit B

For example, Qualcomm Snapdragon 888 processor along with X60 RF modem functions on the 3GPP release 16 specifications. In specific, the 3gpp 36.321 is a 4G-based standard that specifies Medium Access Control Protocols and procedures for 4G.

The receiver installed in UE (i.e., the accused product) is configured by the upper layers to receive preambleInitialReceivedTargetPower (i.e., parameters for an initial power for random access). See Fig. 35

27

**Citation 35: Power attribute for Random Access**

### 5.1.3    Random Access Preamble transmission

The random-access procedure shall be performed as follows:

- set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER – 1) * *powerRampingStep*;

- if the UE is a BL UE or a UE in enhanced coverage:

  - the PREAMBLE_RECEIVED_TARGET_POWER is set to:
    PREAMBLE_RECEIVED_TARGET_POWER - 10 * log10(*numRepetitionPerPreambleAttempt*);

- if the UE is an NB-IoT UE:

  - for enhanced coverage level 0, the PREAMBLE_RECEIVED_TARGET_POWER is set to:
    PREAMBLE_RECEIVED_TARGET_POWER - 10 * log10(*numRepetitionPerPreambleAttempt*)

    - for FDD if the UE supports enhanced random access power control and *PowerRampingParameters-NB-v1450* is configured by upper layers, or for TDD:

      - the MSG3_RECEIVED_TARGET_POWER is set to *preambleInitialReceivedTargetPower* + (PREAMBLE_TRANSMISSION_COUNTER_CE – 1) * *powerRampingStep*;

  - for other enhanced coverage levels:

    - for FDD if the UE supports enhanced random access power control and *PowerRampingParameters-NB-v1450* is configured by upper layers, or for TDD; and

    - if the starting enhanced coverage level was enhanced coverage level 0 or enhanced coverage level 1:

      - if the MAC entity considers itself to be in enhanced coverage level 1 and if *powerRampingStepCE1* and *preambleInitialReceivedTargetPowerCE1* have been configured by upper layers:

        - the PREAMBLE_RECEIVED_TARGET_POWER is set to
          *preambleInitialReceivedTargetPowerCE1* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER_CE – 1) * *powerRampingStepCE1* - 10 * log10(*numRepetitionPerPreambleAttempt*);

        - the MSG3_RECEIVED_TARGET_POWER is set to *preambleInitialReceivedTargetPowerCE1* + (PREAMBLE_TRANSMISSION_COUNTER_CE – 1) * *powerRampingStepCE1*;

Fig. 35

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 25

and 26, Last Accessed November 15, 2021, Exhibit D

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
| --- | --- |
| **12b.** the apparatus further comprises a memory storing the received parameters; | The accused product comprise a memory storing the received parameters.<br><br>For example, ZTE Axon 30 Ultra comprises RAM and ROM for various storage purposes. See Fig. 36<br><br>**Citation 36: ZTE Axon 30 Ultra Specifications**<br><br>**Memory Storage**       8GB RAM + 128GB ROM<br>                        12GB RAM +256GB ROM<br><br>Fig. 36<br>Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A |
| **12c.**  and wherein the processor is further configured to determine from the parameters the initial power for random access, and wherein the first transmit power is equal to the second | The accused products comprise a processor which is configured to determine from the parameters the initial power for random access, and wherein the first transmit power is equal to the second transmit power which is equal to the determined initial power.<br><br>On unsuccessful transmission, the UE attempts to retransmit the preamble (i.e., the second preamble comprising a signature sequence) on RACH (i.e., random access channel) with power (i.e., second transmit power). See Fig. 37 and Fig. 38 |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
| --- | --- |
| transmit power which is equal to the determined initial power. | **Citation 37: Transmission Unsuccessful**<br><br>If no Random Access Response or, for NB-IoT UEs, BL UEs or UEs in enhanced coverage for mode B operation, no PDCCH scheduling Random Access Response is received within the RA Response window, or if none of all received Random Access Responses contains a Random Access Preamble identifier corresponding to the transmitted Random Access Preamble, the Random Access Response reception is considered not successful and the MAC entity shall:<br><br>-   if the notification of power ramping suspension has not been received from lower layers:<br><br>  -   increment PREAMBLE_TRANSMISSION_COUNTER by 1;<br><br>-   if the UE is an NB-IoT UE, a BL UE or a UE in enhanced coverage:<br><br>  -   if PREAMBLE_TRANSMISSION_COUNTER = $preambleTransMax\text{-}CE$ + 1:<br><br>    -   if the Random Access Preamble is transmitted on the SpCell:<br><br>      -   indicate a Random Access problem to upper layers;<br><br>      -   if NB-IoT:<br><br>        -   consider the Random Access procedure unsuccessfully completed;<br><br>-   else:<br><br>  -   if PREAMBLE_TRANSMISSION_COUNTER = $preambleTransMax$ + 1:<br><br>    -   if the Random Access Preamble is transmitted on the SpCell:<br><br>      -   indicate a Random Access problem to upper layers;<br><br>    -   if the Random Access Preamble is transmitted on an SCell:<br><br>      -   consider the Random Access procedure unsuccessfully completed.<br><br>Fig. 37<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 29, Last Accessed November 15, 2021, Exhibit D |

**Citation 38: Retransmission of Preambles**

## 5.1.3    Random Access Preamble transmission

The random-access procedure shall be performed as follows:

- set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER – 1) * *powerRampingStep*;

- if the UE is a BL UE or a UE in enhanced coverage:

    - the PREAMBLE_RECEIVED_TARGET_POWER is set to: PREAMBLE_RECEIVED_TARGET_POWER - 10 * log10(*numRepetitionPerPreambleAttempt*);

Fig. 38

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 25,

Last Accessed November 15, 2021, Exhibit D

For establishing the connection, UE transmits a preamble (i.e., first preamble) on RACH (i.e., random access channel) with power (i.e., first transmit power) that is different/same as the initial transmit power depending upon the powerrampingstep value.    The value of powerrampingstep can be  0,  2,  4,  or  6 dB. When  the  value of powerrampingstep is 0db (i.e., one of the cases), the first transmit power and initial transmit power remain the same. On unsuccessful transmission, the UE attempts to retransmit the preamble (i.e., second preamble) with power (i.e., second transmit power) that is different/same as the first transmit power depending upon the powerrampingstep value. The value of powerrampingstep can be 0, 2, 4, or 6 dB. When the value of powerrampingstep is 0db (i.e., one of the cases), the first transmit power and second transmit power remains the same.  There may be a case in which initial transmit power is equal to both the first and the second transmit power. See Fig. 39 and Fig. 40

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| | **Citation 39: Ramping Step**<br><br>Ramping step is broadcast within SIB2 or sent to the UE within an RRC Connection Reconfiguration message. It determines the rate at which the preamble transmit power is increased after receiving no response. The step size can be configured with a value of 0,2,4 or 6 dB.<br><br>Fig. 39<br><br>Source: http://kiranteja91.blogspot.com/2015/01/lte-rach-procedure.html, Page 3, Last Accessed November 15, 2021, Exhibit F<br><br><br>**Citation 40:  Power Ramping Step**<br><br>    –    *RACH-ConfigCommon*<br><br>The IE *RACH-ConfigCommon* is used to specify the generic random access parameters.<br><br>*powerRampingStep*<br>Power ramping factor in TS 36.321 [6]. Value in dB. Value dB0 corresponds to 0 dB, dB2 corresponds to 2 dB and so on.<br>*preambleInitialReceivedTargetPower*<br>Initial preamble power in TS 36.321 [6]. Value in dBm. Value dBm-120 corresponds to -120 dBm, dBm-118 corresponds to -118 dBm and so on.<br><br>Fig. 40<br><br>Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136331/16.06.00_60/ts_136331v160600p.pdf, Page 600 and 602, Last Accessed November 15, 2021, Exhibit G |
| **14Pre.** The apparatus according to claim 11: | The accused products comprise a processor which is configured to determine that the access re-attempt from the second preamble was unsuccessful, and responsive to such determining to cause the transmitter to again re-attempt access to |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| **14a.** wherein the processor is configured to determine that the access re-attempt from the second preamble was unsuccessful, and responsive to such determining to cause the transmitter to again re-attempt access to the wireless network by causing the transmitter to send on the random access channel at a third transmit power a third preamble comprising a signature sequence, in which the third transmit power is greater than the first transmit power and greater | the wireless network by causing the transmitter to send on the random access channel at a third transmit power a third preamble comprising a signature sequence, in which the third transmit power is greater than the first transmit power and greater than the second transmit power.<br><br>By way of an example, ZTE Axon 30 Ultra comprises of 4G and 5G supported Qualcomm Snapdragon 888 processor along with the Qualcomm Snapdragon X60 Modem-RF system for transmission/reception of signals, as shown in Fig. 41 to Fig. 43<br><br>**Citation 41: ZTE Axon 30 Ultra Specifications**<br><br>5G: n1/n3/n28/n41/n78;<br><br>FDD: B1/2/3/4/5/7/8/12/17/18/19/20/26/28;<br><br>TDD: B34/38/39/40/41;<br><br>UMTS: B1/2/4/5/8;<br><br>GSM: B2/3/5/8;<br><br>4×4MIMO<br><br>LTE: B41/1/3<br><br>Fig. 41<br>Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
| --- | --- |
| than the second transmit power; | **Citation 42: ZTE Axon 30 Ultra Processor**<br><br>Core Chip Platform                    Qualcomm® Snapdragon™ 888 mobile platform<br><br>Fig. 42<br>Source: https://ztedevices.com/en-us/axon-30-ultra-specs/  , Page 1, Last Accessed February 4, 2022, Exhibit A<br><br>**Citation 43: Qualcomm Snapdragon 888 supports 4G connectivity**<br><br>Cellular Modem-RF    Modem Name: Qualcomm® Snapdragon™ X60 5G Modem-RF System<br>Peak Download Speed: Up to 7.5 Gbps (5G), 7.5 Gbps<br>Peak Upload Speed: 3 Gbps<br>Cellular Modem-RF Specs: 8 carriers (mmWave), 800 MHz bandwidth (mmWave), 200 MHz bandwidth (sub-6 GHz)<br>Performance Enhancement Technologies: Qualcomm® Smart Transmit™ technology, Qualcomm® Wideband Envelope Tracking, Qualcomm® AI-Enhanced Signal Boost adaptive antenna tuning, Qualcomm® 5G PowerSave<br>Cellular Technology: 5G NR, Dynamic Spectrum Sharing (DSS), mmWave, sub-6 GHz, HSPA, WCDMA, LTE including CBRS support, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE<br>Multi SIM: Global 5G Multi-SIM<br><br>Fig. 43<br>Source: https://www.qualcomm.com/products/snapdragon-888-5g-mobile-platform<br>, Page 3, Last Accessed November 15, 2021, Exhibit B |

| US8149776B2 | **ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products")** |
| --- | --- |
|  | Qualcomm Snapdragon 888 processor along with X60 RF modem functions on the 3GPP release 16 specifications.  In specific, the 3gpp 36.321 is a 4G-based standard that specifies Medium Access Control Protocols and procedures for 4G.<br><br>A UE  according  to  the *3GPP  TS  36.321* standard,  after  transmitting  the  preamble,  waits  for  the  random-access response.  If this random-access response is not received within a particular time called RA Response Window, the procedure is considered unsuccessful. See Fig. 44 |

**Citation 44: Reception of Random-Access Response**



Fig. 44

Source: https://www.sharetechnote.com/html/Handbook_LTE_BL_CE_RACH.html, Page 4, Last Accessed November 15, 2021, Exhibit E

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| | On unsuccessful transmission, the UE attempts to retransmit the preamble (i.e., the third preamble comprising a signature sequence) on RACH (i.e., random access channel) with power (i.e., third transmit power) that is different/same as the first transmit power depending upon the powerrampingstep value. The value of powerrampingstep can be 0, 2, 4, or 6 dB. See<br><br>If no Random Access Response or, for NB-IoT UEs, BL UEs or UEs in enhanced coverage for mode B operation, no PDCCH scheduling Random Access Response is received within the RA Response window, or if none of all received Random Access Responses contains a Random Access Preamble identifier corresponding to the transmitted Random Access Preamble, the Random Access Response reception is considered not successful and the MAC entity shall:<br><br>  - if the notification of power ramping suspension has not been received from lower layers:<br>    - increment PREAMBLE_TRANSMISSION_COUNTER by 1;<br>  - if the UE is an NB-IoT UE, a BL UE or a UE in enhanced coverage:<br>    - if PREAMBLE_TRANSMISSION_COUNTER = *preambleTransMax-CE* + 1:<br>      - if the Random Access Preamble is transmitted on the SpCell:<br>        - indicate a Random Access problem to upper layers;<br>      - if NB-IoT:<br>        - consider the Random Access procedure unsuccessfully completed;<br>  - else:<br>    - if PREAMBLE_TRANSMISSION_COUNTER = *preambleTransMax* + 1:<br>      - if the Random Access Preamble is transmitted on the SpCell:<br>        - indicate a Random Access problem to upper layers;<br>      - if the Random Access Preamble is transmitted on an SCell:<br>        - consider the Random Access procedure unsuccessfully completed. |

| US8149776B2 | **ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products")** |
|---|---|
| | Fig. **45** to Fig. 48. <br><br> By way of an example, when the value of powerrampingstep is 2db while going from the first transmit power to the second transmit power, and the value of powerrampingstep is 4db while going from the second transmit power to the third transmit power, then the third transmit power is greater than both the first transmit power and the second transmit power. |

**Citation 45: Transmission Unsuccessful**

If no Random Access Response or, for NB-IoT UEs, BL UEs or UEs in enhanced coverage for mode B operation, no PDCCH scheduling Random Access Response is received within the RA Response window, or if none of all received Random Access Responses contains a Random Access Preamble identifier corresponding to the transmitted Random Access Preamble, the Random Access Response reception is considered not successful and the MAC entity shall:

- if the notification of power ramping suspension has not been received from lower layers:

    - increment PREAMBLE_TRANSMISSION_COUNTER by 1;

- if the UE is an NB-IoT UE, a BL UE or a UE in enhanced coverage:

    - if PREAMBLE_TRANSMISSION_COUNTER = *preambleTransMax-CE* + 1:

        - if the Random Access Preamble is transmitted on the SpCell:

            - indicate a Random Access problem to upper layers;

        - if NB-IoT:

            - consider the Random Access procedure unsuccessfully completed;

- else:

    - if PREAMBLE_TRANSMISSION_COUNTER = *preambleTransMax* + 1:

        - if the Random Access Preamble is transmitted on the SpCell:

            - indicate a Random Access problem to upper layers;

        - if the Random Access Preamble is transmitted on an SCell:

            - consider the Random Access procedure unsuccessfully completed.

Fig. 45

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 29, Last Accessed November 15, 2021, Exhibit D

**Citation 46: Retransmission of Preambles**

### 5.1.3   Random Access Preamble transmission

The random-access procedure shall be performed as follows:

- set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER – 1) * *powerRampingStep*;

- if the UE is a BL UE or a UE in enhanced coverage:

  - the PREAMBLE_RECEIVED_TARGET_POWER is set to: PREAMBLE_RECEIVED_TARGET_POWER - 10 * log10(*numRepetitionPerPreambleAttempt*);

Fig. 46

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 25,

Last Accessed November 15, 2021, Exhibit D

**Citation 47: Ramping step**

Ramping step is broadcast within SIB2 or sent to the UE within an RRC Connection Reconfiguration message. It determines the rate at which the preamble transmit power is increased after receiving no response. The step size can be configured with a value of 0,2,4 or 6 dB.

Fig. 47

Source: http://kiranteja91.blogspot.com/2015/01/lte-rach-procedure.html, Page 3, Last Accessed November 15, 2021,

Exhibit F

**Citation 48: Power Ramping Step**

– **RACH-ConfigCommon**

The IE *RACH-ConfigCommon* is used to specify the generic random access parameters.

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| | **powerRampingStep** Power ramping factor in TS 36.321 [6]. Value in dB. Value dB0 corresponds to 0 dB, dB2 corresponds to 2 dB and so on. **preambleInitialReceivedTargetPower** Initial preamble power in TS 36.321 [6]. Value in dBm. Value dBm-120 corresponds to -120 dBm, dBm-118 corresponds to -118 dBm and so on. Fig. 48 Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136331/16.06.00_60/ts_136331v160600p.pdf, Page 600 and 602, Last Accessed November 15, 2021, Exhibit G |
| **14b.** and wherein the processor is configured to randomly select from the set of signature sequences, separately, the signature sequence of the first, second and third preambles. | The accused products comprise a processor which is configured to randomly select from the set of signature sequences, separately, the signature sequence of the first, second and third preambles. The accused products transmit random access preambles comprising a Zadoff-Chu sequence or CAZAC sequence (i.e., signature sequence) randomly selected from one or several root Zadoff-Chu sequences (i.e., a set of signature sequence) as shown in Fig. 49 By way of an example, the processor comprised with the accused products selects a Zadoff-Chu sequence or CAZAC sequence (i.e., signature sequence of the first preamble) randomly selected from one or several root Zadoff-Chu sequences (i.e., a set of signature sequence). Additional preamble sequences cannot be generated from the single root Zadoff-Chu sequence but are obtained from the root sequences with the consecutive logical indexes. On the unsuccessful attempt of transmitting the first preamble, the processor again selects a Zadoff-Chu sequence or CAZAC |

41

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| | sequence (i.e., signature sequence of the second preamble) randomly selected from one or several root Zadoff-Chu sequences (i.e., a set of signature sequence). The same procedure happens for the third preamble. |
| | There is a possibility that the second and the third signature sequence can be selected from the first set of signature sequence or any random set of signature sequence. |
| | **Citation 49: Generation of Preambles** |
| | 5.7.2    Preamble sequence generation |
| | The random access preambles are generated from Zadoff-Chu sequences with zero correlation zone, generated from one or several root Zadoff-Chu sequences. The network configures the set of preamble sequences the UE is allowed to use. |
| | There are up to two sets of 64 preambles available in a cell where Set 1 corresponds to higher layer PRACH configuration using *prach-ConfigurationIndex and prach-FrequencyOffset* and Set 2, if configured, corresponds to higher layer PRACH configuration using *prach-ConfigurationIndexHighSpeed and prach-FrequencyOffsetHighSpeed*. The set of 64 preamble sequences in a cell is found by including first, in the order of increasing cyclic shift, all the available cyclic shifts of a root Zadoff-Chu sequence with the logical index *rootSequenceIndexHighSpeed* (for Set 2, if configured) or with the logical index RACH_ROOT_SEQUENCE (for Set 1), where both *rootSequenceIndexHighSpeed* (if configured) and RACH_ROOT_SEQUENCE are broadcasted as part of the System Information. Additional preamble sequences, in case 64 preambles cannot be generated from a single root Zadoff-Chu sequence, are obtained from the root sequences with the consecutive logical indexes until all the 64 sequences are found. |
| | The logical root sequence order is cyclic: the logical index 0 is consecutive to 837. The relation between a logical root sequence index and physical root sequence index $u$ is given by Tables 5.7.2-4 and 5.7.2-5 for preamble formats 0 – 3 and 4, respectively. |
| | Fig. 49 |
| | Source: https://www.etsi.org/deliver/etsi_ts/136200_136299/136211/16.07.00_60/ts_136211v160700p.pdf, Page 93, |
| | Last Accessed November 15, 2021, Exhibit C |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
|  | *Refer to supporting evidence for claim element 11[pre] and 11[a].* |
| **15pre.**   The   apparatus according  to  claim  10, further   comprising   a memory, | The accused products comprise a processor wherein the processor is configured to randomly select from the set of signature sequences the signature sequence of the first preamble and to store the selected signature sequence in the memory and the signature sequence of the second preamble is the selected signature sequence of the first preamble retrieved from the memory. |
| **15a.** wherein the processor is configured to randomly select  from  the  set  of signature  sequences  the signature sequence of the first preamble and to store the    selected    signature sequence in the memory; | *Refer to supporting evidence of claim element 11[Pre] and 11[a].* |
| **15b.**   and   wherein   the signature sequence of the second  preamble  is  the selected              signature |  |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
| --- | --- |
| sequence of the first preamble retrieved from the memory; | |
| **15c.** and wherein the processor is configured to determine that the access attempt from the first preamble was unsuccessful by tuning a receiver of the apparatus to monitor an acquisition channel of the wireless network and determining that no acquisition indicator that corresponds to the sent first preamble was received at the receiver on the acquisition channel. | The accused products comprise a processor wherein the processor is configured to determine that the access attempt from the first preamble was unsuccessful by tuning a receiver of the apparatus to monitor an acquisition channel of the wireless network and determining that no acquisition indicator that corresponds to the sent first preamble was received at the receiver on the acquisition channel. <br><br> *Refer to supporting evidence of claim element 11[a].* |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G, Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5 (collectively, "accused products") |
| --- | --- |
| **16Pre.** The apparatus according to claim 15: | The accused products comprise a processor wherein the receiver is configured to receive from higher layers parameters for an initial power for random access. |
| **16a.** wherein the receiver is configured to receive from higher layers parameters for an initial power for random access; and | By way of an example, ZTE Axon 30 Ultra comprises of 4G and 5G supported Qualcomm Snapdragon 888 processor along with the Qualcomm Snapdragon X60 Modem-RF system for transmission/reception of signals, as shown in Fig. 50 to Fig. 52<br><br>**Citation 50: ZTE Axon 30 Ultra Specifications**<br><br>5G: n1/n3/n28/n41/n78;<br><br>FDD: B1/2/3/4/5/7/8/12/17/18/19/20/26/28;<br><br>TDD: B34/38/39/40/41;<br><br>UMTS: B1/2/4/5/8;<br><br>GSM: B2/3/5/8;<br><br>4×4MIMO<br><br>LTE: B41/1/3<br><br>Fig. 50<br><br>Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A |

**Citation 51: ZTE Axon 30 Ultra Processor**

Core Chip Platform

Qualcomm® Snapdragon™ 888 mobile platform

Fig. 51

Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A

**Citation 52: Qualcomm Snapdragon 888 supports 4G connectivity**

Cellular Modem-RF

Modem Name: Qualcomm® Snapdragon™ X60 5G Modem-RF System

Peak Download Speed: Up to 7.5 Gbps (5G), 7.5 Gbps

Peak Upload Speed: 3 Gbps

Cellular Modem-RF Specs: 8 carriers (mmWave), 800 MHz bandwidth (mmWave), 200 MHz bandwidth (sub-6 GHz)

Performance Enhancement Technologies: Qualcomm® Smart Transmit™ technology, Qualcomm® Wideband Envelope Tracking, Qualcomm® AI-Enhanced Signal Boost adaptive antenna tuning, Qualcomm® 5G PowerSave

Cellular Technology: 5G NR, Dynamic Spectrum Sharing (DSS), mmWave, sub-6 GHz, HSPA, WCDMA, LTE including CBRS support, TD-SCDMA, CDMA 1x, EV-DO, GSM/EDGE

Multi SIM: Global 5G Multi-SIM

Fig. 52

Source: https://www.qualcomm.com/products/snapdragon-888-5g-mobile-platform, Page 3, Last Accessed

November 15, 2021, Exhibit B

| US8149776B2 | **ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products")** |
| --- | --- |
| | For example, Qualcomm Snapdragon 888 processor along with X60 RF modem functions on the 3GPP release 16 specifications. In specific, the 3gpp 36.321 is a 4G-based standard that specifies Medium Access Control Protocols and procedures for 4G.<br><br>The receiver installed in UE (i.e., the accused products) is configured by the upper layers to receive preambleInitialReceivedTargetPower (i.e., parameters for an initial power for random access). See Fig. 53 |

**Citation 53: Power attribute for Random Access**

### 5.1.3    Random Access Preamble transmission

The random-access procedure shall be performed as follows:

- set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER – 1) * *powerRampingStep*;

- if the UE is a BL UE or a UE in enhanced coverage:

    - the PREAMBLE_RECEIVED_TARGET_POWER is set to:
PREAMBLE_RECEIVED_TARGET_POWER - 10 * log10(*numRepetitionPerPreambleAttempt*);

- if the UE is an NB-IoT UE:

    - for enhanced coverage level 0, the PREAMBLE_RECEIVED_TARGET_POWER is set to:
PREAMBLE_RECEIVED_TARGET_POWER - 10 * log10(*numRepetitionPerPreambleAttempt*)

        - for FDD if the UE supports enhanced random access power control and *PowerRampingParameters-NB-v1450* is configured by upper layers, or for TDD:

            - the MSG3_RECEIVED_TARGET_POWER is set to *preambleInitialReceivedTargetPower* + (PREAMBLE_TRANSMISSION_COUNTER_CE – 1) * *powerRampingStep*;

    - for other enhanced coverage levels:

        - for FDD if the UE supports enhanced random access power control and *PowerRampingParameters-NB-v1450* is configured by upper layers, or for TDD; and

        - if the starting enhanced coverage level was enhanced coverage level 0 or enhanced coverage level 1:

            - if the MAC entity considers itself to be in enhanced coverage level 1 and if *powerRampingStepCE1* and *preambleInitialReceivedTargetPowerCE1* have been configured by upper layers:

                - the PREAMBLE_RECEIVED_TARGET_POWER is set to
*preambleInitialReceivedTargetPowerCE1* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER_CE – 1) * *powerRampingStepCE1* - 10 * log10(*numRepetitionPerPreambleAttempt*);

                - the MSG3_RECEIVED_TARGET_POWER is set to *preambleInitialReceivedTargetPowerCE1* + (PREAMBLE_TRANSMISSION_COUNTER_CE – 1) * *powerRampingStepCE1*;

Fig. 53

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| | Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 25 and 26, Last Accessed November 15, 2021, Exhibit D |
| **16b.** the apparatus further comprises a memory storing the parameters; | The accused products comprise a memory storing the parameters.<br><br>For example, ZTE Axon 30 Ultra comprises RAM and ROM for various storage purposes. See Fig. 54<br><br>**Citation 54: ZTE Axon 30 Ultra Specifications**<br><br>**Memory Storage**    8GB RAM + 128GB ROM<br>                     12GB RAM +256GB ROM<br><br>Fig. 54<br>Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A |
| **16c.**   and   wherein   the processor   is   further configured   to   determine from  the  parameters  the initial  power  for  random | The accused products comprise a processor which is configured to determine from the parameters the initial power for random access, and wherein the first transmit power is equal to the second transmit power which is equal to the initial power. |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| access, and wherein the first transmit power is equal to the second transmit power which is equal to the initial power. | On unsuccessful transmission, the UE attempts to retransmit the preamble (i.e., the second preamble comprising a signature sequence) on RACH (i.e., random access channel) with power (i.e., second transmit power). See Fig. 55 and Fig. 56 |

**Citation 55: Transmission Unsuccessful**

If no Random Access Response or, for NB-IoT UEs, BL UEs or UEs in enhanced coverage for mode B operation, no PDCCH scheduling Random Access Response is received within the RA Response window, or if none of all received Random Access Responses contains a Random Access Preamble identifier corresponding to the transmitted Random Access Preamble, the Random Access Response reception is considered not successful and the MAC entity shall:

- if the notification of power ramping suspension has not been received from lower layers:

  - increment PREAMBLE_TRANSMISSION_COUNTER by 1;

- if the UE is an NB-IoT UE, a BL UE or a UE in enhanced coverage:

  - if PREAMBLE_TRANSMISSION_COUNTER = *preambleTransMax-CE* + 1:

    - if the Random Access Preamble is transmitted on the SpCell:

      - indicate a Random Access problem to upper layers;

      - if NB-IoT:

        - consider the Random Access procedure unsuccessfully completed;

- else:

  - if PREAMBLE_TRANSMISSION_COUNTER = *preambleTransMax* + 1:

    - if the Random Access Preamble is transmitted on the SpCell:

      - indicate a Random Access problem to upper layers;

    - if the Random Access Preamble is transmitted on an SCell:

      - consider the Random Access procedure unsuccessfully completed.

Fig. 55

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page

29, Last Accessed November 15, 2021, Exhibit D

**Citation 56: Retransmission of Preambles**

## 5.1.3    Random Access Preamble transmission

The random-access procedure shall be performed as follows:

- set PREAMBLE_RECEIVED_TARGET_POWER to *preambleInitialReceivedTargetPower* + DELTA_PREAMBLE + (PREAMBLE_TRANSMISSION_COUNTER – 1) * *powerRampingStep*;

- if the UE is a BL UE or a UE in enhanced coverage:

    - the PREAMBLE_RECEIVED_TARGET_POWER is set to:
      PREAMBLE_RECEIVED_TARGET_POWER - 10 * log10(*numRepetitionPerPreambleAttempt*);

Fig. 56

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf, Page 25,

Last Accessed November 15, 2021, Exhibit D


For establishing the connection, UE transmits a preamble (i.e., first preamble) on RACH (i.e., random access channel) with power (i.e., first transmit power) that is different/same as the initial transmit power depending upon the powerrampingstep value.  The value of powerrampingstep can be  0,  2,  4,  or  6 dB. When the value of powerrampingstep is 0db (i.e., one of the cases), the first transmit power and initial transmit power remain the same. On unsuccessful transmission, the UE attempts to retransmit the preamble (i.e., second preamble) with power (i.e., second transmit power) that is different/same as the first transmit power depending upon the powerrampingstep value. The value of powerrampingstep can be 0, 2, 4, or 6 dB. When the value of powerrampingstep is 0db (i.e., one of the cases), the first transmit power and second transmit power remains the same. There may be a case in which initial transmit power is equal to both the first and the second transmit power. See Fig. 57 and Fig. 58

| US8149776B2 | **ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products")** |
|---|---|
| | **Citation 57: Ramping Step** |

Ramping step is broadcast within SIB2 or sent to the UE within an RRC Connection Reconfiguration message. It determines the rate at which the preamble transmit power is increased after receiving no response. The step size can be configured with a value of 0,2,4 or 6 dB.

Fig. 57

Source: http://kiranteja91.blogspot.com/2015/01/lte-rach-procedure.html, Page 3, Last Accessed November 15, 2021, Exhibit F

**Citation 58:  Power Ramping Step**

–        *RACH-ConfigCommon*

The IE *RACH-ConfigCommon* is used to specify the generic random access parameters.

*powerRampingStep*
Power ramping factor in TS 36.321 [6]. Value in dB. Value dB0 corresponds to 0 dB, dB2 corresponds to 2 dB and so on.

*preambleInitialReceivedTargetPower*
Initial preamble power in TS 36.321 [6]. Value in dBm. Value dBm-120 corresponds to -120 dBm, dBm-118 corresponds to -118 dBm and so on.

Fig. 58

Source: https://www.etsi.org/deliver/etsi_ts/136300_136399/136331/16.06.00_60/ts_136331v160600p.pdf, Page 600 and 602, Last Accessed November 15, 2021, Exhibit G

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| **18Pre.** The apparatus according to claim 15:<br><br>**18a.** wherein the processor is configured to determine that the access re-attempt from the second preamble was unsuccessful, and responsive to such determining to cause the transmitter to again re-attempt access to the wireless network by causing the transmitter to send on the random access channel at a third transmit power a third preamble comprising a signature sequence, in which the third transmit power is | The accused products comprise a processor which is configured to determine that the access re-attempt from the second preamble was unsuccessful, and responsive to such determining to cause the transmitter to again re-attempt access to the wireless network by causing the transmitter to send on the random access channel at a third transmit power a third preamble comprising a signature sequence, in which the third transmit power is greater than the first transmit power and greater than the second transmit power.<br><br>*Refer to supporting evidence of claim element 14[a].* |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| greater than the first transmit power and greater than the second transmit power; | |
| **18b.** and wherein the signature sequence of the third preamble is the selected signature sequence of the first preamble retrieved from the memory. | The accused products comprise a processor wherein the signature sequence of the third preamble is the selected signature sequence of the first preamble retrieved from the memory. *Refer to supporting evidence of claim element 14[b].* |
| **1Pre.** A method comprising: **1a.** attempting access to a wireless network by sending from a transmitter on a random access channel at a first transmit power a first preamble | The accused products practice a method comprising attempting access to a wireless network by sending from a transmitter on a random-access channel at a first transmit power a first preamble comprising a signature sequence randomly selected from a set of signature sequences. *Refer to supporting evidence of claim element 10[a].* |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| comprising a signature sequence randomly selected from a set of signature sequences; | |
| **1b.** responsive to determining that the access attempt from sending the first preamble was unsuccessful, re-attempting access to the wireless network by sending from the transmitter on the random access channel at a second transmit power a second preamble comprising a signature sequence, in which the second transmit power is no greater than the first transmit power. | The accused products practice a method comprising responsive to determining that the access attempt from sending the first preamble was unsuccessful, re-attempting access to the wireless network by sending from the transmitter on the random-access channel at a second transmit power a second preamble comprising a signature sequence, in which the second transmit power is no greater than the first transmit power.

*Refer to supporting evidence of claim element 10[b].* |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| **2Pre.**    The    method of claim 1, wherein: | The accused products practice a method wherein the signature sequence of the first preamble and the signature sequence of the second preamble are each randomly selected from the set of signature sequences separately. |
| **2a**. the signature sequence of the first preamble and the signature sequence of the second preamble are each randomly selected from the set of signature sequences separately; | *Refer to supporting evidence of claim element 11[Pre] and 11[a].* |
| **2b.**    and    wherein determining    that    the access    attempt    from sending the first preamble was    unsuccessful comprises monitoring an acquisition channel of the wireless    network    and failing    to    find    an acquisition    indicator    on | The accused products practice a method wherein determining that the access attempt from sending the first preamble was unsuccessful comprises monitoring an acquisition channel of the wireless network and failing to find an acquisition indicator on the acquisition channel that corresponds to the sent first preamble.

*Refer to supporting evidence of claim element 11[a].* |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| the acquisition channel that corresponds to the sent first preamble. | |
| **3.** The method according to claim 2, further comprising determining an initial transmit power from an indication obtained from higher layers, and wherein the first transmit power is equal to the second transmit power which is the determined initial power. | The accused products practice a method comprising determining an initial transmit power from an indication obtained from higher layers, and wherein the first transmit power is equal to the second transmit power which is the determined initial power.<br><br>*Refer to supporting evidence of claim element 12[c].* |
| **5Pre.** The method according to claim 2, further comprising: | The accused products practice a method comprising responsive to determining that the access re-attempt from sending the second preamble was unsuccessful, again re-attempting access to the wireless network by sending from the transmitter on the random access channel at a third transmit power a third preamble comprising a signature sequence, in which the third transmit power is greater than the first transmit power and greater than the second transmit power, |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| 5a.        responsive        to determining     that     the access  re-attempt  from sending       the      second preamble                was unsuccessful,   again   re-attempting  access  to  the wireless        network        by sending        from        the transmitter on the random access channel at a third transmit  power  a  third preamble   comprising   a signature    sequence,    in which  the  third  transmit power is greater than the first transmit power and greater  than  the  second transmit  power,  and  in which       the       signature | and in which the signature sequences for the first, second and third preambles are each randomly selected from the set of signature sequences separately.

*Refer to supporting evidence of claim element 14[a] and 14[b].* |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| sequences for the first, second and third preambles are each randomly selected from the set of signature sequences separately. | |
| **6Pre.** The method of claim 1, wherein:<br><br>**6a.** the signature sequence of the first preamble is randomly selected from the set of signature sequences and the signature sequence of the second preamble is the same as the signature sequence of the first preamble; | The accused products practice a method wherein the signature sequence of the first preamble is randomly selected from the set of signature sequences and the signature sequence of the second preamble is the same as the signature sequence of the first preamble.<br><br>*Refer to supporting evidence of claim element 15[a], 15[b], and 15[c].* |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
| --- | --- |
| **6b.**    and    wherein determining    that    the access    attempt    from sending the first preamble was    unsuccessful comprises  monitoring  an acquisition channel of the wireless    network    and failing    to    find    an acquisition  indicator  on the   acquisition   channel that  corresponds  to  the sent first preamble. | The accused products practice a method wherein determining that the access attempt from sending the first preamble was unsuccessful comprises monitoring an acquisition channel of the wireless network and failing to find an acquisition indicator on the acquisition channel that corresponds to the sent first preamble.<br><br>*Refer to supporting evidence of claim element 15[c].* |
| **7.** The  method  according to    claim    6,    further comprising    determining an  initial  transmit  power from    an    indication received    from    higher layers,  and  wherein  the | The accused products practice a method comprising determining an initial transmit power from an indication received from higher layers, and wherein the first transmit power is equal to the second transmit power which is the determined initial power.<br><br>*Refer to supporting evidence of claim element 16[a] and 16[c].* |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| first transmit power is equal to the second transmit power which is the determined initial power. | |
| **9Pre.** The method according to claim 6, further comprising:<br><br>**9a.** responsive to determining that the access re-attempt from sending the second transmit preamble was unsuccessful, again re-attempting access to the wireless network by sending from the transmitter on the random access channel at a third | The accused products practice a method comprising responsive to determining that the access re-attempt from sending the second transmit preamble was unsuccessful, again re-attempting access to the wireless network by sending from the transmitter on the random access channel at a third transmit power a third preamble comprising a signature sequence, in which the third transmit power is greater than the first transmit power and greater than the second transmit power, and in which the signature sequence of the third preamble is the same as the signature sequence of the first preamble and of the second preamble.<br><br>*Refer to supporting evidence of claim element 18[a] and 18[b].* |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
| --- | --- |
| transmit power a third preamble comprising a signature sequence, in which the third transmit power is greater than the first transmit power and greater than the second transmit power, and in which the signature sequence of the third preamble is the same as the signature sequence of the first preamble and of the second preamble. | |
| **19Pre.** A non transitory computer readable memory storing a program of instructions that when executed by a processor | The accused products contain a non-transitory computer readable memory storing a program of instructions that when executed by a processor result in actions.<br><br>By way of an example, ZTE Axon 30 Ultra comprises of 4G and 5G supported Qualcomm Snapdragon 888 processor along with 8GB/16GB RAM and 128GB/256GB ROM. See Fig. 59 and Fig. 60. |

| US8149776B2 | **ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products")** |
|---|---|
| result       in       actions comprising: | **Citation 59: ZTE Axon 30 Ultra Specifications**<br><br>**Memory Storage**       8GB RAM + 128GB ROM<br>      12GB RAM +256GB ROM<br><br>Fig. 59<br>Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A<br><br>**Citation 60: ZTE Axon 30 Ultra Processor**<br><br>**Core Chip Platform**       Qualcomm® Snapdragon™ 888 mobile platform<br><br>Fig. 60<br>Source: https://ztedevices.com/en-us/axon-30-ultra-specs/ , Page 1, Last Accessed February 4, 2022, Exhibit A<br><br>Based on information and belief, ZTE Axon 30 Ultra (e.g., the accused product) contains computer-readable memory storing a program of instructions that can be executed by a processor for performing all such functionalities. |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
|---|---|
| **19a.** attempting access to a wireless network by sending on a random access channel at a first transmit power a first preamble comprising a signature sequence randomly selected from a set of signature sequences; | The accused products contain a non-transitory computer readable memory comprising attempting access to a wireless network by sending on a random-access channel at a first transmit power a first preamble comprising a signature sequence randomly selected from a set of signature sequences.<br><br>*Refer to supporting evidence of claim element 10[a].* |
| **19b.** responsive to determining that the access attempt from sending the first preamble was unsuccessful, re-attempting access to the wireless network by sending on the random access channel at a second transmit power a second preamble comprising a | The accused products contain a non-transitory computer readable memory comprising responsive to determining that the access attempt from sending the first preamble was unsuccessful, re-attempting access to the wireless network by sending on the random-access channel at a second transmit power a second preamble comprising a signature sequence, in which the second transmit power is no greater than the first transmit power.<br><br>*Refer to supporting evidence of claim element 10[b].* |

| US8149776B2 | ZTE Handsets Supporting 4G Connectivity, including, but not limited to, Axon 30 Ultra, Axon 30, Axon 20 5G,  Axon 10 Pro, Blade X1 5G, Blade 11 Prime, Blade 10 Prime, Blade A7 Prime, Blade A3 Prime, Blade A3 Joy, Blade A3Y, Blade Vantage 2, Avid 589, Avid 579, Gabb Z2, Gabb Z1, and Quest 5  (collectively, "accused products") |
| --- | --- |
| signature sequence, in which the second transmit power is no greater than the first transmit power. | |
| **20Pre.** A non transitory computer readable memory of claim 19, wherein:<br><br>**20a.** the signature sequence of the first preamble is randomly selected from the set of signature sequences and the signature sequence of the second preamble is the same as the signature sequence of the first preamble, retrieved from a memory. | The accused products comprise a non transitory computer readable memory wherein the signature sequence of the first preamble is randomly selected from the set of signature sequences and the signature sequence of the second preamble is the same as the signature sequence of the first preamble, retrieved from a memory.<br><br>*Refer to supporting evidence of claim element 6[a].* |

66

**References Cited**

| Exhibit(s) | Description | Link |
|---|---|---|
| Exhibit A | ZTE Axon 30 Ultra Specifications | https://ztedevices.com/en-us/axon-30-ultra-specs/ |
| Exhibit B | Qualcomm Snapdragon 888 supports 4G connectivity | https://www.qualcomm.com/products/snapdragon-888-5g-mobile-platform |
| Exhibit C | Generation of Preambles | https://www.etsi.org/deliver/etsi_ts/136200_136299/136211/16.07.00_60/ts_136211v160700p.pdf |
| Exhibit D | Transmission of Preambles | https://www.etsi.org/deliver/etsi_ts/136300_136399/136321/16.06.00_60/ts_136321v160600p.pdf |
| Exhibit E | Reception of Random Access Response | https://www.sharetechnote.com/html/Handbook_LTE_BL_CE_RACH.html |
| Exhibit F | Ramping step | http://kiranteja91.blogspot.com/2015/01/lte-rach-procedure.html |
| Exhibit G | Power Ramping Step | https://www.etsi.org/deliver/etsi_ts/136300_136399/136331/16.06.00_60/ts_136331v160600p.pdf |
| Exhibit H | Zadoff-Chu Sequence | http://www.sharetechnote.com/html/Handbook_LTE_Zadoff_Chu_Sequence.html |
| Exhibit I | RACH Process | https://www.sharetechnote.com/html/RACH_LTE.html#Two_types_of_RACH_process |
| Exhibit J | Random Access Preamble in RACH | https://www.etsi.org/deliver/etsi_ts/136300_136399/136300/08.02.00_60/ts_136300v080200p.pdf |
| Exhibit K | ZTE Axon 30 Ultra | https://ztedevices.com/en-us/axon-30-ultra/ |